1 BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
2 J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
3 DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
4 BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
5 San Francisco, California 94111
Telephone: (415) 500-7700
6
7 Attorneys for Petitioners WHOLE
FOODS MARKET CALIFORNIA, INC.,
8 WHOLE FOODS MARKET SERVICES, INC.,
and MRS. GOOCH'S NATURAL FOOD
9 MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: Subpoena of WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., and MRS. GOOCH'S NATURAL FOOD MARKETS, INC. to FOOD IN-DEPTH INC. | Case No. 5:24-mc-80123<br><br>**PETITIONER WHOLE FOODS MARKET CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: While Foods Market, Inc., which is a privately held Texas corporation that fully owns Whole Foods Market California, Inc.  Whole Foods Market, Inc. is an indirect subsidiary of Amazon.com.

Dated:  May 20, 2024

BLAXTER | BLACKMAN LLP

By   /s/*David P. Adams*

BRIAN R. BLACKMAN
J.T. WELLS BLAXTER
DAVID P. ADAMS
Attorneys for Petitioners WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.